UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-cr-10124-DJC |
| | ) | |
| WAAD ALZEREI, | ) | |
| Defendant. | ) | |

## DISMISSAL OF INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of
Massachusetts hereby dismisses the Indictment against Waad Alzerei in this matter, charging him
with visa fraud in violation of 18 U.S.C. § 1546(a) and making false statements in violation of 18
U.S.C. § 1001(a)(2). A native of a Palestine, Alzerei attempted to enter the United States on
February 10, 2019, but was denied entry by U.S. Customs and Border Protection ("CBP"). Alzerei
was recently removed from the United States by CBP pursuant to a final order of removal. Because
Alzerei is no longer present in the United States, dismissal of the indictment is appropriate and in
the interests of justice.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Jason A. Casey
Assistant U.S. Attorney

Date

Leave to File Granted:

Denise J. Casper
United States District Court